In the Matter of the Arbitration between REID & REID SPORTSWEAR, INC., Appellant, and CHARLES M. DELAND, JR., et al., Copartners Doing Business under the Name of C. M. DELAND, Respondents.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Callahan and Shientag, JJ.

ED. A. KELLER & CO., LTD., Respondent, v. FRANCIS E. MURPHY, Doing Business as F. E. MURPHY Co., Appellant. FRANCIS E. MURPHY, Third Party Plaintiff-Appellant, v. LEON CLARKE, Doing Business under the Name of PRISCILLA MILLS, et al., Third Party Defendants.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Callahan and Shientag, JJ.

ERIC LIER, an Infant, by ELEANOR NORBERG, His Guardian ad Litem, v. BLOOMINGDALE BROS., INC.—Motion for reargument denied, with $10 costs. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ. [See *ante,* p. 918.]

In the Matter of the Accounting of FREDERICK H. MERTENS, as Surviving Trustee, and WILLIAM J. SMITH, as Substituted Trustee, under the Will of FREDERICK D. FRICKE, Deceased, Respondents. HARRIETTE A. F. BAXTER, Individually and as Executrix of JOHN D. FRICKE, Deceased, et al., Appellants; FIDELITY & DEPOSIT COMPANY OF MARYLAND et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Dore, Cohn and Shientag, JJ. [See *ante,* p. 878.]

In the Matter of the Accounting of FREDERICK H. MERTENS, as Surviving Trustee, and WILLIAM J. SMITH, as Substituted Trustee, under the Will of FREDERICK D. FRICKE, Deceased, Respondents. HARRIETTE A. F. BAXTER, Individually and as Executrix of JOHN D. FRICKE, Deceased, et al., Appellants; FIDELITY & DEPOSIT COMPANY OF MARYLAND et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Dore, Cohn and Shientag, JJ. [See *ante,* p. 878.]

ROBERT G. MACKAY, JR., v. EDWARD J. POWERS, as Executive Director of the NEW YORK STATE INSURANCE FUND.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ. [See *ante,* p. 987.]

In the Matter of the Estate of GUSTAV HERTER, Deceased. TOM C. CLARK, Attorney General of the United States, as Successor to the Alien Property Custodian, Appellant; PAUL VAN ANDA, as Administrator C. T. A. of GUSTAV HERTER, Deceased, et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ. [See *ante,* p. 979.]

CONDUR AFFILIATES, INC., v. RONNIE, INC.—Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ. [See *ante,* p. 991.]

MOLLIE ABATE et al. v. CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ. [See *ante,* p. 922.]